# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WESLEY CARTER, individually and on behalf of a class of similarly situated persons, <br><br> Plaintiff, <br><br> vs. <br><br> SHALHOUB MANAGEMENT COMPANY, INC., DESERT GATE MANAGEMENT, LLC, DNR MANAGEMENT, LLC, DNS2 MANAGEMENT, LLC, SHALHOUB MCDONALD'S, RICHARD AND DALE SHALHOUB FAMILY TRUST, RICHARD M. SHALHOUB and BACKGROUNDCHECKS.COM | Case No. 5:15-cv-01531-MWF-JC <br><br> Hon. Michael W. Fitzgerald <br><br><br> **ORDER DISMISSING INDIVIDUAL CLAIMS UNDER COUNT II AND COUNT III OF SECOND AMENDED COMPLAINT** |

Upon consideration of the parties' request, it is hereby ORDERED as follows:

1. Pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), the individual claims asserted by Plaintiff under Counts II and III of the Second Amended Class Action Complaint ("SAC") (Doc. 41) are dismissed with prejudice.

2. The dismissal of Counts II and III is expressly without prejudice to and shall have no effect or impact upon the Plaintiff's class claim alleged in Count

I of the SAC on behalf of a putative class of employees or applicants for employment at the Defendants' restaurants. The Court has been notified that the class claim has been settled in principle and that the class settlement will be documented and presented to the Court for preliminary approval prior to September 12, 2016 (Doc. 56).

Date:  August 12, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge